# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER MICHELLE MAIZE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-cv-01659-JPG |
| ERIK SHELLHARDT et al., | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case shall be dismissed without prejudice.

**DATED:** January 29, 2025

        MONICA A. STUMP, Clerk of Court

    By:    *s/Tina Gray*
           Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                J. PHIL GILBERT
                U.S. DISTRICT JUDGE